# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| **ANTHONY JOE FISHER,** ] | |
| ] | |
| **Plaintiff,** ] | |
| **vs.** ] | |
| ] | **Case No. 2:21-CV-00253-KRS** |
| **KILOLO KIJAKAZI,** ] | |
| **ACTING COMMISSIONER OF** ] | |
| **SOCIAL SECURITY** ] | |
| ] | |
| **Defendant.** ] | |

## PLAINTIFF'S ORDER GRANTING MOTION
## FOR EXTENSION OF TIME TO
## FILE REPLY BRIEF

**THIS MATTER** is before the Court on Plaintiff's Motion for Extension of Time, and the

Court, being advised in the premises, **FINDS** the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until April 22, 2022 in which

to file its Reply Brief.


_____
THE HONORABLE KEVIN R. SWEAZEA
United States Magistrate Judge


**Respectfully Submitted:**


____/s/ Jaime F. Rubin_____
**JAIME F. RUBIN, Esq.**
Attorney for **Anthony Fisher**
P.O. Drawer 151
Truth or Consequences, NM  87901
575.894.3031  Fax: 575.894.3282
jrubin@zianet.com

**Approved by:**


Telephonically Approved on March 14, 2022
**VICTORIA JOHNSON ON BEHALF OF**
**SARAH VAN ARSDALE BERRY**
Special Assistant United States Attorney
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
(303) 844-1570
sarah.berry@ssa.gov