IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTHONY JOE FISHER,

    Plaintiff,

vs.                                               No. 2:21-CV-00253-KRS

KILOLO KIJAKAZI, Acting Commissioner
of Social Security,

    Defendant.

## JUDGMENT

Having granted Plaintiff's Motion to Reverse the Administrative Law Judge['s] ("ALJ's") Unfavorable Decision Dated August 28, 2020, or Alternatively, to Remand the Case Back to the Administrative Law Judge (Doc. 20) in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**